GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
405 W. Congress St., Suite 4800
Tucson, AZ 85701-5040
Telephone: (520) 620-7300
carin.duryee@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | CR 21-002605-RM |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| vs. | |
| Alexander Carvail Coleman, | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorneys undersigned, hereby submits the following sentencing memorandum for defendant Alexander Coleman, whose sentencing is currently set for December 6, 2023:

The government agrees with the advisory sentencing guideline calculations contained in the Presentence Report dated October 31, 2023, and has no objections. The Presentence Report recommends a sentence of 30 months imprisonment followed by three years supervised release, and the government agrees with this recommendation. The government submits that this sentence is appropriate and not greater than necessary based on the facts and circumstances of the offense and the individual history and characteristics of the defendant.

Respectfully submitted this 29th day of November, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Carin C. Duryée*
CARIN C. DURYEE
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means
this 29th day of November 2023, to:

All ECF Participants

2